912

JAMES D. WANDERSTOCK, an Infant, by JEREMIAH J. WANDERSTOCK, His Guardian ad Litem, Respondent, v. ALEX SIMKE et al., Appellants. (Action No. 1.) JEREMIAH J. WANDERSTOCK, Plaintiff, v. ALEX SIMKE et al., Defendants. (Action No. 2.) EDITH WANDERSTOCK, Plaintiff, v. ALEX SIMKE et al., Defendants. (Action No. 3.) GERALD DELET, an Infant, by His Guardian ad Litem, AL DELET, et al., Appellants, v. ALEX SIMKE et al., Respondents. (Action No. 4.) LILLIAN SCHUSTER, as Guardian ad Litem for EDWARD A. SCHUSTER, et al., Appellants, v. JEREMIAH J. WANDERSTOCK et al., Respondents. (Action No. 5.) ROBERT GRUBER, an Infant, by His Guardian ad Litem, ESTELLE GRUBER, et al., Appellants, v. JEREMIAH J. WANDERSTOCK et al., Respondents. (Action No. 6.) ANDREW G. BACHENHEIMER, an Infant, by HENRY BACHENHEIMER, His Guardian ad Litem, et al., Appellants, v. ALEX SIMKE et al., Respondents. (Action No. 7.) RICHARD ROLFE, an Infant, by His Guardian ad Litem, ARTHUR ROLFE, et al., Appellants, v. ALEX SIMKE et al., Respondents. (Action No. 8.)

STEPHEN P. KAUFMAN, an Infant, by JOHN J. KAUFMAN, His Guardian ad Litem, et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 31579.) —